UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-103-KSF

BILLY E. BERTRAM                                                                                    PLAINTIFF

vs.                                                **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT

\* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **HEREBY ORDERS AND ADJUDGES** that:

1. Judgment is hereby entered in favor the Defendant Commissioner;

2. This judgment is final and appealable as no just cause for delay exists; and

3. This matter is **SHALL BE STRICKEN FROM THE ACTIVE DOCKET**.

This April 21, 2008.



Signed By:

*Karl S. Forester*  KSF

**United States Senior Judge**